UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 13  PM 2: 32

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CHALYN D. PEREZ | CIVIL ACTION NUMBER: |
| VS. | MAGISTRATE 07-4095 |
| GEORGE R. MACDONALD AND COLORADO RESOURCE MANAGEMENT, INC. | JUDGE _____ |

SECT. S MAG. 1

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come defendants, George R. MacDonald and Colorado Resource Management, Inc. (hereinafter referred to as "Removers") who, pursuant to 28 U.S.C § 1441 and 1446, respectfully file this Notice of Removal. In support of this removal, Removers assert the following:

I.

On or about July 6, 2007, plaintiff filed this suit in the 25th Judicial District Court, Parish of Plaquemines, State of Louisiana, which is now pending therein bearing Suit Number 54,878, Division B.

II.

This Notice of Removal is being filed within thirty (30) days after the receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the state court action or proceeding is based. Removers were served by certified mail on or about July 16, 2007.

Fee___350.___
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No_____

420182.1

III.

This suit is being removed less than one year after commencement of this action in state court.

IV.

Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Eastern District of Louisiana, is the district and division within which the above described state court suit is pending.

V.

This court has jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441 because this action is between citizens of different states and the amount in controversy exceeds SEVENTY FIVE THOUSAND DOLLARS ($75,000), exclusive of costs and interests.

VI.

Plaintiff, upon information and belief, is a citizen of the State of Louisiana. Colorado Resource Management, Inc. is incorporated in the State of Colorado with its principal place of business in Colorado. George R. MacDonald is an individual resident of Colorado.

VII.

Removers reasonably believe and aver that the amount in controversy in the above entitled action, exclusive of interest and costs, will exceed the jurisdictional amount of SEVENTY FIVE THOUSAND DOLLARS ($75,000) set forth in 28 U.S.C. § 1332 and incorporated in 28 U.S.C. § 1441(a) which allows removal of state court suits to federal

court. Specifically, the state court petition alleges breaches of contract resulting in claimed damages in excess of $500,000.

VIII.

A copy of the state court suit and citation is attached to this Notice of Removal as Exhibit "A".

WHEREFORE, Removers pray that this Notice of Removal be accepted by this Honorable Court as good and sufficient and that this Court will enter such orders as may be proper in the premises.

By Attorneys,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By: _____
Harry J. Philips, Jr., #2047
Robert W. Barton, #22936
Tom S. Easterly, #30488
451 Florida Street, 8th Floor
P. O. Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221

*Attorneys for George R. MacDonald and Colorado Resource Management, Inc.*

- CERTIFICATE OF SERVICE -

I certify that a copy of the foregoing was this day mailed, properly addressed and first-class postage prepaid, to Troy J. Charpentier, Kean Miller, P.O. Box 3513, Baton Rouge, LA 70821.

Baton Rouge, Louisiana, this 13th day of August, 2007.

_____
Harry J. Philips, Jr.

420182.1                                  3