UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHALYN D. PEREZ | C.A. NO. 07-5804-L |
| VERSUS | JUDGE: ELDON FALLON |
| COLORADO RESOURCE MANAGEMENT, INC | MAGISTRATE :3" |

CONSOLIDATED WITH

| | |
|---|---|
| CHALYN D. PEREZ | C. A. NO. 07-4095-S |
| | JUDGE: MARY ANN VIAL LEMMON |
| VERSUS | MAGISTRATE JUDGE: SALLY SHUSHAN |
| GEORGE R. MACDONALD AND COLORADO RESOURCE MANAGEMENT, INC | |

## CONSENT JUDGMENT

Considering the consent of the parties to the entry of judgment in this case, the Court hereby enters judgment in this matter as follows:

1.

The Court herby finds George R. MacDonald and Colorado Resource Management, Inc. liable, *in solido*, to Chalyn D. Perez in the amount of Seven Hundred Thirty Thousand and 00/100 Dollars ($730,000.00).

2.

The Court further finds that George R. MacDonald and Colorado Resource Management, Inc. are liable, *in solido*, to Chalyn D. Perez for all attorneys fees and costs

1370873_1.DOC

Perez: _____

MacDonald: _____

of collection incurred by Perez in the collection and enforcement of this Consent Judgment.

        Signed this __2nd__ day of __February__, at New Orleans, Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

        THIS CONSENT JUDGMENT EXECUTED BEFORE ME, NOTARY PUBLIC, and the below subscribing witnesses, on the ___5th___ day of ___June___, 2008, at ___Garfield County___.

_____

_____

                                  AGREED TO AND ACCEPTED:
                                  GEORGE R. MACDONALD

                                  _____

_____
NOTARY PUBLIC

Agreed as to form and content:

_____
Robert Barton
Taylor, Porter, Brooks & Phillips
P.O. Box 2471
(451 Florida Street, Suite 800)
Baton Rouge, LA 70821 (70801)
Phone: 225.381.0215
Fax: 225.346.8049
Attorneys for George R. MacDonald and
Colorado Resource Management, Inc.

1370873_1.DOC

Perez: _____

MacDonald: _____

THIS CONSENT JUDGMENT EXECUTED BEFORE ME, NOTARY PUBLIC, and the below subscribing witnesses, on the __20th__ day of __June__, 2008, at __Plaquemine Parish__.

_[signature]_

_[signature]_

AGREED TO AND ACCEPTED:
CHALYN D. PEREZ

_[signature]_

_[signature]_
NOTARY PUBLIC

Lynn Perkins Perez
Notary Public
State of Louisiana
La. Bar Roll No. 15085
My Commission is for Life

Agreed to as to form and content:

_[signature]_
William L. Caughman III (#22298)
KEAN, MILLER, HAWTHORNE,
D'ARMOND, McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
*Attorneys for Chalyn D. Perez*

1370873_1.DOC

Perez: _[initials]_

MacDonald: _[initials]_